# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20cr395-DMS |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT FOR THE DISMISSAL OF THE INFORMATION** |
| v. | |
| MAIME MARIA KADY, | |
| Defendant. | |

FILED MAY 13 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in Case No. 20cr395-DMS against defendant MAIME MARIA KADY be dismissed without prejudice and that defendant's bond be exonerated.

IT IS SO ORDERED.

DATED: 5-13-21

HON. DANA M. SABRAW
CHIEF U.S. DISTRICT JUDGE